Domenic L. **AMATO**, Petitioner,

v.

**DEPARTMENT OF the ARMY,**
**Respondent.**

No. 2005–3380.

United States Court of Appeals,
Federal Circuit.

June 6, 2007.

Reemployment Rights Act (USERRA), 38 U.S.C. § 4301 (2000). The Board held that Amato had not stated a claim upon which the Board could grant relief. Accordingly, the Board dismissed the complaint without granting Amato's request for a hearing. Amato appealed.

On March 7, 2007, we issued our decision in *Kirkendall v. Army,* 479 F.3d 830 (Fed.Cir.2007) (en banc). *Kirkendall* held in relevant part that USERRA requires that "any veteran who requests a hearing shall receive one." *Id.* at 844. Because Amato was denied his requested hearing, we remand for further proceedings in light of *Kirkendall.*

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.

Nancy Kim, David M. Cohen, Franklin E. White, Jr., David R. Feniger, Department of Justice, Washington, DC, for Respondent.

Domenic L. Amato, Ft. Worth, TX, pro se.

Before SCHALL, GAJARSA, and LINN, Circuit Judges.

## *ORDER*

PER CURIAM.

The Department of the Army moves without opposition to remand Domenic L. Amato's petition for review of a decision of the Merit Systems Protection Board.

Amato filed a complaint alleging that the Department discriminated against him based on his military service in violation of the Uniformed Services Employment and